UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC<br><br>                                Plaintiff,<br><br>- vs -<br><br>MATTHEW WHITWORTH and TRAINING PASSION LLC,<br><br>                                Defendant. | **RULE 26(f) MEETING REPORT**<br><br>Civil Action No. 1:20-cv-04900 |

**RULE 26(f) MEETING REPORT**

Have the parties met and conferred? Yes, on January 27, 2021.

Date the Rule 26(a)(1) initial disclosures were exchanged? February 1, 2021

Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases: April 1, 2021.

2. Deadline to join new parties or amend the pleadings: May 13, 2021.

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule? No.

4. Deadline to file any protective order: June 1, 2021.

5. The parties shall complete all fact discovery by: September 10, 2021.

6. The parties shall complete expert discovery, if necessary, by: November 8, 2021.

7. The parties shall file any pre-motion conference request by: December 10, 2021.

8. Should the Court hold an early settlement conference in this action? Yes.

9. Have the parties agreed to a plan regarding electronic discovery? Yes.

JOINT DISCOVERY PLAN – Page 1

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636?5

(Answer no if any party declines to consent without indicating which party has declined). No

                                                       Respectfully submitted:

Dated:  January 27, 2021.           GORDON REES SCULLY MANSUKHANI, LLP

                                               By: *s/ Peter G. Siachos*
                                                   Peter G. Siachos, NY Bar #4436168
                                                   psiachos@grsm.com
                                                   1 Battery Park Plaza, 28th Floor
                                                   New York, NY 10004
                                                   Phone: (973) 549-2527
                                                   Fax: (973) 377-1911
                                                   *Attorneys for Plaintiff ILKB*

Dated:  January 27, 2021.           EINBINDER & DUNN LLP

                                               By:  *s/ Michael Einbinder*
                                                   Michael Einbinder, NY Bar #
                                                   me@ed-lawfirm.com
                                                   112 Madison Ave., 8th Floor
                                                   New York, New York 10016
                                                   Phone: (212) 391-9500
                                                   *Attorneys for Defendants*