PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (973) 549-2532



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 26, 2021

<u>VIA E-FILING</u>
Hon. William F. Kuntz, II
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:   *ILKB, LLC v. Matthew Whitworth, et al*
           Case No. 1:20-cv-04900-WFK-LB

Dear Judge Kuntz:

    Consistent with Your Honor's briefing schedule, Counter-Defendants ILKB, LLC, ILKB, Too LLC, and Michael Parella served their Motion to Dismiss on counsel for Counterclaimants Michael Einbinder and Jaqueline Valenza via email on March 26, 2021.

                       Best regards,

                       GORDON REES SCULLY MANSUKHANI, LLP

                       */s/ Peter G. Siachos*

                       Peter G. Siachos

PGS:wgl:hac
Cc: Counsel for Defendants